NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLETURS SMITH,                          )
                                        )
      Appellant,                    )
                                        )
v.                                      )          Case No. 2D17-2442
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                     )
_____ )

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Cleturs Smith, pro se.


PER CURIAM.

      Affirmed.


KELLY, SALARIO, and BADALAMENTI, JJ., Concur.